# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BANCROFT GLOBAL DEVELOPMENT<br>2507 Massachusetts Avenue, NW<br>Washington, D.C. 20008,<br><br>MICHAEL STOCK<br>6827 Sorrel Street<br>McLean, VA 22101,<br><br>and<br><br>MELISSA BATES STOCK<br>6827 Sorrel Street<br>McLean, VA 22101<br><br>     Plaintiffs,<br><br>v.<br><br>JOHN KOSKINEN<br>Commissioner<br>Internal Revenue Service<br>1111 Constitution Ave NW<br>Washington, DC 20224,<br><br>and<br><br>JOHN OR JANE DOE 1 - 100<br><br>     Defendants. | **JURY TRIAL DEMANDED**<br><br><br><br><br><br><br><br><br><br><br><br>**CIVIL ACTION NO.  17-395** |

**COMPLAINT FOR UNAUTHORIZED INSPECTION AND DISCLOSURE OF TAX RETURNS AND TAX RETURN INFORMATION UNDER 26 U.S.C. §§6103 AND 7431.**

COME NOW, Plaintiffs Bancroft Global Development, Michael Stock, and Melissa Bates Stock (collectively the "Plaintiffs", "Bancroft", or "Stocks"), and sue John Koskinen, in

his capacity as Commissioner of the Internal Revenue Service and John or Jane Does 1 – 100 (collectively the "Defendants"), as follows:

## SUMMARY OF ACTION

1. This is an action for violation of 26 U.S.C. §6103, the statute defining "return information" in taxpayers' tax returns, and for resultant damages under 26 U.S.C. §7431(a) and (c). Defendants' Revenue Agent Rene Hammett unlawfully and intentionally disclosed to other government agencies and agency personnel and continued to disclose, in violation of Section 6103(a) and (b)(2)(A), taxpayer information relating to audit of Plaintiffs' Michael and Melissa Stock tax returns and such tax returns' information. Defendants' Revenue Agent Rene Hammett and Senior Counsel Elizabeth Henn disclosed the existence of an audit of Plaintiff Bancroft, disclosed other taxpayer information, and advised other government agencies that Plaintiff Bancroft's tax-exempt 501(c)(3) status would be revoked.

2. The nature of such "return information" is personal and confidential. Plaintiffs shall therefore seek to submit such "return information" under seal.

## THE PARTIES

3. Plaintiffs re-allege and incorporate by reference the foregoing allegations as if such allegations had been fully presented in this paragraph.

4. Bancroft Global Development is a 501(c)(3) corporation formed in 1999 under the laws of the Commonwealth of Virginia, with its principal place of business at 2507 Massachusetts Avenue, NW, Washington, D.C. 20008. Bancroft actively provides education and training for foreign governments and international organizations in disciplines such as explosive ordnance disposal, emergency medicine, and law enforcement, in order to protect civilians

and help such areas recover and develop economically. International media, including The New York Times and the Wall Street Journal, have covered Bancroft's charitable mission.

5. Plaintiff Michael Stock is President and Director of Bancroft, and is a resident of the Commonwealth of Virginia.

6. Plaintiff Melissa Bates Stock is Secretary and Director of Bancroft, and is a resident of the Commonwealth of Virginia.

7. Defendant John Koskinen is Commissioner of the Internal Revenue Service ("IRS"), the agency that employs Revenue Agent Hammett and Senior Counsel Henn.

8. Defendants John or Jane Doe 1-100 are individuals or entities that committed or conspired with the named Defendant to engage in the unlawful activities described in this complaint, and are therefore sued in this action under fictitious names because their true names and capacities are unknown, due in part to Defendants' knowing and willful failure to comply with 26 U.S.C. §7602(c). Plaintiffs will seek leave to amend this complaint to insert such true names and capacities. Plaintiffs are informed and believe, and on that basis aver, that each Doe Defendant acted with the named Defendant and is therefore responsible for the harm and damages Plaintiffs now plead.

9. Defendant John Koskinen may be served by delivering a copy by certified mail of the summons and this complaint to John Koskinen, Commissioner of the IRS, 1111 Constitution Avenue, NW, Washington, DC 20224-0002, and also serving a copy of the summons and this complaint by certified mail on Channing D. Phillips, United States Attorney for the District of Columbia, United States Attorney's Office, 555 4th Street, NW, Washington, DC 20530, and sending a copy of the summons and this complaint by certified mail to Jeff Sessions,

Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

## STATEMENT OF FACTS

10. Plaintiffs re-allege and incorporate by reference the foregoing allegations as if such allegations had been fully presented in this paragraph.

11. On or about December 20, 2011, Defendants, commenced an audit of Plaintiff Bancroft's tax returns and tax-exempt status. In 2013, Defendants commenced an audit of the tax returns of Plaintiff Melissa Stock and Plaintiff Michael Stock.

12. In conducting her audit, Defendants' Agent Hammett intentionally and unlawfully disclosed the existence of the audit to other government agencies, including the U.S. Attorney for the District of Columbia, the Federal Bureau of Investigation ("FBI") and at least one other federal entity that had a contractual relationship with Bancroft. Defendants' Agent Hammett also intentionally and unlawfully informed one or more such government agencies that Bancroft's tax-exempt status would be revoked, and, upon information and belief, Defendants' Agent Hammett intentionally and unlawfully provided Plaintiffs' financial and other records to one or more such government agencies.

## COUNT 1

## VIOLATION OF 26 U.S.C. §6103

13. Plaintiffs re-allege and incorporate by reference the foregoing allegations as if such allegations had been fully presented in this paragraph.

14. Defendants, through their Agent Hammett, have intentionally and unlawfully disclosed Plaintiffs' "return information" in violation of 26 U.S.C. §6103(a) and (b)(2)(A).

## COUNT 2

## VIOLATION OF 26 U.S.C. §7431(c)

15. Plaintiffs re-allege and incorporate by reference the foregoing allegations as if such allegations had been fully presented in this paragraph.

16. Defendants, through their Agent Hammett, have acted willfully or with gross negligence in violation of 26 U.S.C. §7431(c), and are therefore liable for Plaintiffs' actual and punitive damages and Plaintiffs' reasonable attorneys' fees and costs.

**WHEREFORE**, Plaintiffs demand judgment against Defendants, and each one of them, under each count for the damages to which each is entitled, as alleged above, the costs of this action, their attorneys' fees incurred, and such other and further relief to which this Court may find Plaintiffs are entitled.

 DATE March 3, 2017

        Respectfully submitted,

        SHAWNCOULSON, LLP

        By: /s/ William H. Shawn
        William H. Shawn
        ShawnCoulson, LLP
        D.C. Bar No. 198416
        1850 M Street, N.W. Suite 280
        Washington, D.C. 20036-5804
        Telephone:  202.331.2300
        Fax: 202-664-8383
        wshawn@shawncoulson.com

        *Attorney for Plaintiffs*