## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____ )
)
BANCROFT GLOBAL DEVELOPMENT, )
   et al., )
)    **JURY TRIAL DEMANDED**
)
            Plaintiffs, )
)
v. )    **CIVIL ACTION NO.  17-395 (RC)**
)
JOHN KOSKINEN, et al., )
)
           Defendants )
_____ )

### CERTIFICATE RULE LCvR 7.1

      I, the undersigned, counsel of record for Bancroft Global Development, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Bancroft Global Development which have any outstanding securities in the hands of the public:

      None

      These representations are made so judges of this court may determine the need for recusal.

 DATE: June 22, 2017

                         Respectfully submitted,

                         By: /s/ William H. Shawn
                         William H. Shawn
                         ShawnCoulson, LLP
                         D.C. Bar No. 198416
                         1850 M Street, N.W. Suite 280
                         Washington, D.C. 20036-5804
                         Telephone:  202.331.2300
                         Fax: 202-664-8383

wshawn@shawncoulson.com

*Attorney for Plaintiffs*