# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BANCROFT GLOBAL DEVELOPMENT, *et al.*, | : : : | |
| Plaintiffs, | : : | Civil Action No.: 17-395 (RC) |
| v. | : : : | Re Document No.: 61 |
| UNITED STATES OF AMERICA, *et al*., | : : : | |
| Defendants. | : | |

## SCHEDULING ORDER

Upon consideration of the parties' Joint Report (ECF No. 61), it is hereby **ORDERED** that this litigation shall be bifurcated, as the parties suggest. Phase I of the litigation shall concern potential liability. Phase II shall concern damages. This Scheduling Order primarily governs Phase I. The parties and the Court shall address Phase II scheduling at a later date. It is **FURTHER ORDERED** that the following schedule and requirements shall govern further proceedings:

1. The parties shall serve initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) on or before **April 24, 2019**.

2. Any party proposing to amend the pleadings or join parties must seek leave to do so on or before **August 31, 2019**.

3. Discovery of facts relevant to Phase I shall commence on **April 10, 2019**, and must conclude on or before **November 26, 2019**;

4. The parties shall appear for a status conference before the Court on **December 4, 2019 at 10:00 AM in Courtroom 14**.

5. As the parties agreed in their Joint Report, the parties need not log privileged materials involving litigation counsel in this matter.

6. Each side may take up to twenty depositions. The parties may seek the Court's leave to take additional depositions, as necessary.

It is **FURTHER ORDERED** that, before bringing a discovery dispute to the Court's attention, the parties must meet and confer in good faith in an attempt to resolve the dispute informally. If the parties are unable to resolve the dispute, they must contact chambers to arrange for a telephonic conference with the Court. The parties must obtain leave of the Court before filing any motion relating to a discovery dispute. Any discovery motions that are filed prior to obtaining such leave may be summarily denied for failure to comply with this order.

**SO ORDERED**.

Dated: April 10, 2019                                                                                   RUDOLPH CONTRERAS
                                                                                                                           United States District Judge