AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Bancroft Global Development, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 17-395 (RC) |
| John Koskinen, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bancroft Global Development, Michael Stock, and Melissa Bates Stock            .

Date:   05/01/2019

/s/ Alexander S. Zolan
*Attorney's signature*

Alexander S. Zolan (Bar No. 1010091)
*Printed name and bar number*

Williams & Connolly LLP
725 Twelfth Street N.W.
Washington, DC 20005
*Address*

azolan@wc.com
*E-mail address*

(202) 434-5000
*Telephone number*

(202) 434-5029
*FAX number*