# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BANCROFT GLOBAL DEVELOPMENT, *et al.*,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 17-395 (RC) |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiffs and Defendants, through their respective undersigned counsel, hereby move the Court to amend the Scheduling Order's deadline for the close of Phase I fact discovery From November 26 to February 28, 2020. In support of their motion, the parties state as follows:

1. On April 10, 2019, the Court entered a Scheduling Order governing, among other things, the discovery schedule in this case. *See* ECF No. 62.

2. The Scheduling Order provides that discovery of facts relevant to Phase I commence on April 10, 2019, and conclude on or before November 26, 2019, and a post-discovery status conference be held on December 4, 2019.

3. While some fact discovery has occurred, the parties have engaged in extended negotiations regarding the terms of a protective order governing national security information, which has compelled the need to extend the fact discovery deadline.

4. In light of these negotiations and the need for additional discovery, good cause exists for a modification of the Scheduling Order to allow additional time for Phase I fact discovery. The parties request that the Court modify the Scheduling Order to provide that Phase

I fact discovery conclude on or before February 28, 2020, and that the post-discovery status conference be scheduled for after that date. No other modification of the Scheduling Order or any of its other requirements is necessary.

WHEREFORE, the parties request the Court to grant the motion and modify the Scheduling Order to provide that the close of Phase I fact discovery conclude on or before February 28, 2020, and that the December 4, 2019, status conference be vacated and re-set for a date in March 2020.

Dated: November 22, 2019

Respectfully submitted,

/s/ *Alexander S. Zolan*
Simon A. Latcovich (D.C. Bar No. 980319)
Alexander S. Zolan (D.C. Bar No. 1010091)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
slatcovich@wc.com
azolan@wc.com
*Counsel for Plaintiffs*

JESSIE K. LIU
D.C. BAR # 472845
United States Attorney for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

/s/ *Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL
D.C. Bar # 416587
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W. – Civil Division
(202) 252-2561

Marina.brasell@doj.gov

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ *Mary Elizabeth Smith*
JOSEPH A. SERGI (D.C. Bar No. 480837)
MARY ELIZABETH SMITH (MD Bar Member)
Trial Attorneys
U.S. Department of Justice, Tax Division
555 4th Street NW
Washington, DC 20001
Telephone: (202) 353-1988
Facsimile: (202) 514-9868
Joseph.A.Sergi@usdoj.gov
Mary.E.Smith@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 22, 2019, a copy of this motion was delivered via ECF on all parties of record in this matter.

                                                     */s/ Alexander S. Zolan*
                                                     Alexander S. Zolan