# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANCROFT GLOBAL DEVELOPMENT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 17-395 (RC) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion to Amend Scheduling Order, ECF No. 74, the entire record herein, and for good cause shown, it is:

**ORDERED** that the Joint Motion to Amend Scheduling Order is **GRANTED**; and it is further

**ORDERED** that the Scheduling Order, ECF No. 62, is amended to provide that discovery of facts relevant to Phase I must conclude on or before **January 18, 2021**. All other deadlines and requirements remain unchanged.

**SO ORDERED** this _____ day of _____, 2020.

_____
HON. RUDOLPH CONTRERAS
United States District Judge