UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANCROFT GLOBAL DEVELOPMENT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants*. | Civil Action No.: 17-0395 (RC) |

**Notice of Settlement and Stipulation for Dismissal**

By and through their respective counsel, Plaintiffs Bancroft Global Development, Michael Stock, and Melissa Bates Stock ("Plaintiffs"), and Defendants United States of America, Tae Johnson, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, Christopher Wray, in his official capacity as Director of the Federal Bureau of Investigation, Michael Sherwin, in his official capacity as the Acting U.S. Attorney for the District of Columbia, and Raj Parekh, in his official capacity as Acting U.S. Attorney for the Eastern District of Virginia ("Defendants") (collectively, "the Parties"), pursuant to a settlement between the Parties, hereby jointly stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. By letter dated December 12, 2020, Plaintiffs offered to settle their claims in the above-referenced action with the Defendants.

2. By letter dated January 18, 2021, Defendants accepted Plaintiffs' December 12, 2020 offer and agreed to settle the case under Plaintiffs' terms (the "Settlement").

3. Counsel from the Department of Justice will submit the necessary request for payment to Plaintiffs within fourteen (14) calendar days after the filing of this Stipulation for

Dismissal. Counsel for the Department of Justice will provide Plaintiffs' counsel with a written update on the status of payment on February 23, 2021, and every fourteen (14) calendar days thereafter until payment is made.

4. The Parties will each bear the cost of litigation except as provided in the Settlement.

5. The terms of the Settlement may not be modified or amended, and no provision hereof shall be deemed waived, except by a written instrument signed by the Party to be charged with the modification, amendment, or waiver, or by such Party's counsel.

6. Each signatory to this Stipulation and the Settlement represents and warrants that he or she is fully authorized to sign on behalf of the persons or entities indicated, and has done so freely and voluntarily, without any degree of duress or compulsion.

7. Any disputes about the Settlement or this Stipulation shall be governed by the laws of the United States and the District of Columbia.

8. The Parties acknowledge that the preparation of the Settlement and this Stipulation was collaborative in nature, and so agree that any presumption or rule that an agreement is construed against its drafter shall not apply to the interpretation of the Settlement or any aspect of this Stipulation.

9. Neither this Stipulation nor the Settlement shall be deemed an admission by any Party of the merit or lack of merit of an opposing Party's claims or defenses.

10. The Parties agree that by filing this Stipulation, this action is dismissed with prejudice and the Settlement resolves all claims in the Second Amended Complaint filed in this action.

11. The Parties further agree that this Court shall retain jurisdiction to enforce the terms of the Settlement and this Stipulation.

Dated: February 9, 2021

Respectfully submitted,

/s/ Simon A. Latcovich
Simon A. Latcovich (D.C. Bar No. 980319)
Alexander S. Zolan (D.C. Bar No. 1010091)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
slatcovich@wc.com
azolan@wc.com

*Counsel for Plaintiffs*

MICHAEL R. SHERWIN
Acting United States Attorney
for the District of Columbia

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/ Brian J. Field
BRIAN J. FIELD
D.C. Bar # 985577
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W. – Civil Division
(202) 252-2551
Brian.Field@usdoj.gov

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ Joseph A. Sergi
JOSEPH A. SERGI (D.C. Bar No. 480837)
MARY ELIZABETH SMITH (MD Bar)
Trial Attorneys
U.S. Department of Justice, Tax Division
555 4th Street NW
Washington, DC 20001
Telephone: (202) 353-1988
Joseph.A.Sergi@usdoj.gov
Mary.E.Smith@usdoj.gov

*Counsel for Defendants*